**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Victor Manuel BENITEZ–CHAVEZ,**
Defendant–Appellant.

No. 00–50233.
D.C. No. CR–99–00206–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[*]

Decided June 1, 2001.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM **

Federal prisoner Victor Manuel Benitez–Chavez appeals the seventy-seven month sentence imposed following his guilty plea to one count of being found in the United States after deportation, in violation of 8 U.S.C. § 1326.

■ Benitez–Chavez contends the district court erred in denying his motion to dismiss the indictment. We reject this contention because Benitez–Chavez's unconditional guilty plea waived all pre-plea nonjurisdictional rulings and antecedent constitutional violations. *See United States v. Floyd,* 108 F.3d 202, 203–04 (9th Cir.1997).

■ Benitez–Chavez also contends the district court erred by denying him a downward departure for overrepresentation of his criminal history. The district court's discretionary decision not to depart downward from the sentencing guidelines is not reviewable on appeal. *See United*

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

*States v. Lipman,* 133 F.3d 726, 729 (9th Cir.1998).

DISMISSED.